# EMPLOYMENT CONTRACT

I, GREG T. WEST, on behalf of PARAMOUNT LAKE EOLA, L.P., retain and employ the law firm of FINK, BOYLE & GENTILE, P.A., to represent me for all claims arising out of my inland marine/business risk policy of insurance issued by Travelers Property Casualty Company of America.

For your professional services, PARAMOUNT LAKE EOLA, L.P. agrees to pay the law firm of FINK, BOYLE & GENTILE, P.A. the greater of the following:

1)
> Any court-awarded attorney fees whether by contract, statute and/or Rule of Civil Procedure. If this amount is not greater than the applicable contingency fee set forth below, the amount of fees awarded shall be paid to the client after the contingency fee has been applied to the extent that the court-awarded fee serves to enlarge the net recovery of the client without affecting the contingency fee amount.

OR

A contingent fee as limited by the following:

2)
> 25% of the gross recovery in this matter,

> An additional 5% of any recovery after the institution of any appellate proceeding is filed or post-judgment relief or action is required for recovery on the judgment.

OR

3)
> Our fees based upon the time FINK, BOYLE & GENTILE, P.A. has been working for the client in the engagement of legal services including, but not limited to, office work, correspondence, all travel, telephone conversations, negotiations, legal research and writing, drafting memoranda, deposition preparation and attendance, arbitration preparation and attendance, mediation preparation and attendance, hearing/trial preparation and attendance, and other general services as required by the firm's representation of the client, and all other work which in the firm's judgment is reasonably required or desirable to represent the client's interests in the subject matter. The current hourly rate charged for services contemplated herein is as follows:
>
>     Attorneys:
>       Partner: $395.00 per hour
>       Associate: $300.00 per hour
>     Legal Assistants/Paralegals: $135.00 per hour
>
> Should the hourly fees billed at the end of each month exceed $8,333.00, the client shall only be responsible to pay the sum of $8,333.00. Unpaid balances shall be carried over to the next month, however, during no month shall no more than $8,333.00 be deemed due and owing.

**EXHIBIT A**

4) It is understood and agreed that PARAMOUNT LAKE EOLA, L.P.'S liability for attorneys' fees to FINK, BOYLE & GENTILE, P.A. will be capped at the sum of $100,000.00. It is further understood that PARAMOUNT LAKE EOLA, L.P. and FINK, BOYLE & GENTILE, P.A. are agreed that FINK, BOYLE & GENTILE, P.A. are entitled to proceed to collect additional hourly fees beyond this amount from Travelers Property Casualty Company of America. This cap for attorneys' fees to be paid by PARAMOUNT ON LAKE EOLA, L.P. is not intended to be a barrier to collection of additional fees from the insurer should the same be available pursuant to any statute or rule.

Any fees paid, on an hourly basis by PARAMOUNT LAKE EOLA, P.A. shall serve as a credit against any contingent portion of attorneys' fees which may be owed to FINK, BOYLE & GENTILE, P.A. An example of this calculation is attached hereto as Exhibit "A."

5) I understand that all costs of investigation, filing of the lawsuit, court costs and other third part costs, whether advanced or not, are my responsibility and, if not prepaid, will be deducted from my recovery after the attorneys' fee is calculated as set forth above. Attorney and client agree that no cost in excess of the sum of $5,000.00 will be incurred without the express consent, after consultation with counsel, of PARAMOUNT LAKE EOLA, L.P.

I also understand that, if litigation against any party is unsuccessful, I may be responsible to that party for taxable Court costs and attorneys' fees under the Florida Statutes.

Dated at Fort Myers, Florida, on this _____ day of _____, 2008.

PARAMOUNT LAKE EOLA, L.P.

_____

Greg West
Printed Name

This employment contract is accepted on the terms stated above.

By:_____
FINK, BOYLE & GENTILE, P.A.

Date: 10/2/08

# EXHIBIT "A"

## EXAMPLE OF ATTORNEYS' FEES OWED BY PARAMOUNT LAKE EOLA, L.P. UNDER PARTIAL CONTINGENT SETTLEMENT AGREEMENT

### Example 1

| | |
|---|---:|
| Gross recovery: | $5,000,000.00 |
| Contingent attorney fee owed to Fink, Boyle & Gentile, P.A. pursuant to 25% agreement | $1,250,000.00 |
| Hourly attorneys' fees paid by Paramount: | $100,000.00 |
| NET RECOVERY TO PARAMOUNT LAKE EOLA, L.P. OUT OF SETTLEMENT PROCEEDINGS | $3,850,000.00 |
| NET RECOVERY TO FINK, BOYLE & GENTILE, P.A. OUT OF SETTLEMENT PROCEEDINGS | $1,150,000.00 |

### Example 2

| | |
|---|---:|
| Gross recovery: | $2,000,000.00 |
| Contingent attorney fee owed to Fink, Boyle & Gentile, P.A. pursuant to 25% agreement | $500,000.00 |
| Hourly attorneys' fees paid by Paramount: | $50,000.00 |
| NET RECOVERY TO PARAMOUNT LAKE EOLA, L.P. OUT OF SETTLEMENT PROCEEDINGS | $1,550,000.00 |
| NET RECOVERY TO FINK, BOYLE & GENTILE, P.A. OUT OF SETTLEMENT PROCEEDINGS | $450,000.00 |