**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA,**

      **Plaintiff,**

**-vs-**                                                                **Case No.  6:08-cv-805-Orl-28GJK**

**PARAMOUNT LAKE EOLA, L..P.,**
**HARDIN CONSTRUCTION COMPANY,**
**LLC,**

      **Defendants.**
_____

## ORDER

This case is before the Court on three motions, Paramount Lake Eola, L.P.'s Motion to Strike Notice and Claim of Charging Lien (Doc. No. 107) filed March 23, 2010; Paramount Lake Eola. L.P.'s Motion for Sanctions (Doc. No. 110) filed March 30, 2010; and Claimant Yunger's Motion to Prohibit Parties From Distributing Attorneys' Fees Portion of Settlement Funds (Doc. No. 111).  The United States Magistrate Judge has submitted a report recommending that the motions be denied.  The United States Magistrate Judge also recommends the denial of the Claim of Lien filed by Raegan Yunger.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 21, 2010 (Doc. No. 130) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Claim of Lien filed by Raegan Yunger (Doc. No. 103) is **DENIED**.

3. Paramount Lake Eola, L.P.'s Motion to Strike (Doc. No. 107) is **DENIED.**

4. Paramount Lake Eola, L.P.'s Motion for Sanctions (Doc. No. 110) is **DENIED**.

5. Claimant Yunger's Motion to Prohibit Distribution (Doc. No. 111) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of July, 2010.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party